In the Matter of the Judicial Settlement of the Account of Proceedings of MARGARET H. HAYES, Administratrix, etc., of NELLIE FRANCES GUILSHAN, Deceased. MARGARET H. HAYES, Administratrix and Individually, Appellant; MARY B. REED, Administratrix de Bonis Non, and Others, Objectants, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents against the appellant individually. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

534 EIGHTH AVENUE CORPORATION, Appellant, v. KELVINATOR SALES CORPORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of HENRY F. KOCH, Petitioner, for an Order to LOUIS H. PINK, as Superintendent of Insurance of the State of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THOMAS KASZAS, an Infant, by NELLIE KASZAS, His Guardian ad Litem, and WILLIAM B. KASZAS, Respondents, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

MARY DETELJ, an Infant, by Her Guardian ad Litem, STELLA DETELJ, Respondent, and ANTON DETELJ, Plaintiff, v. JOHN S. JACOBUS, Individually and as Sole Surviving Trustee, etc., of SAMUEL M. JACOBUS, Deceased, Appellant.— Judgment unanimously reversed, with costs, and the complaint dismissed, on the ground that no actionable negligence was shown. Present — Martin, P. J., Dore, Cohn and Callahan, JJ.

GOLDENHEIM CORPORATION, Respondent, v. THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, Appellant; and four more cases consolidated. — Judgment, so far as appealed from, unanimously affirmed with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

LEON A. BRODY and Another, Appellants, v. SCHNABEL MEDICINE CORPORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

BECKIE LANDMAN and MARCUS LANDMAN, Appellants, v. HERBERT WENDER, Respondent.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that issues of fact were presented which should have been submitted to the jury. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes for affirmance.

ALICE JOHNSTON, Appellant, v. CITY OF NEW YORK, Respondent, Impleaded with Another.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JACK REDMOND, Appellant, v. COLUMBIA PICTURES CORPORATION, Respondent. — Judgment modified by increasing the amount of the judgment to the sum of $1,500 and costs, and as so modified affirmed, with costs of appeal to the appellant. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Cohn, J., dissents and votes for affirmance.